ACCEPTED
01-15-00509-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/28/2015 9:29:11 AM
CHRISTOPHER PRINE
CLERK

# Jerome Godinich, Jr.
## *Attorney at Law*

929 Preston, Suite 200
Houston, Texas 77002
Phone: 713-237-8388
Fax: 713-224-2889

November 20, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/28/2015 9:29:11 AM

CHRISTOPHER A. PRINE
Clerk

Ms. Nseabasi S. Williams
3939 Synott
Houston, Texas 77082

Re:     Nseabasi Samuel Williams *v. The State of Texas;* Court of Appeals
        No. 01-15-00509-CR

Dear Ms. Williams:

I have completed a review of your appellate record and I am sorry to tell you that I was unable to find anything upon which to base an appeal. It wasn't a perfect trial but there was just nothing legally that would support an argument that your conviction and sentence should be reversed.

The brief that I have filed is known as an *Anders* brief. That means that I took a look at every aspect of the trial that could possibly be an area of error and concluded that no error existed in those areas. I have enclosed a copy of that brief. Take a look at it and write with any questions you have. I have also enclosed a copy of a Motion to Withdraw which basically is asking the Court of Appeals to allow me to be removed from your case.

Since I filed an *Anders* brief, you now have the right to get the appellate record yourself and write your own brief and file it with the Court of Appeals if you want. (The appellate record is a transcript that the Court Reporter took of everything said at your trial as well as all documents filed with the Clerk in your case.) Obviously, I think it unlikely that you would find anything where I couldn't but it is still a right you have.

I have enclosed a copy of a motion that you can sign and mail to the Court of Appeals and the Court will see that you get a copy of the record if you want them to do so and they will give you additional time to look at it and file your own brief should you choose to do so.

Make sure you read anything carefully the Court sends to you. There may be deadlines that you have to adhere to.

**If you want to get a copy of your trial record, sign and date the enclosed motion entitled Appellant's Pro Se Motion for Access to the Appellate Record and mail it to the**

**Fourteenth Court of Appeals at the below address <u>within 10 days</u> of the date of this letter:**

> **14th Court of Appeals**
> **301 Fannin, Room 245**
> **Houston, Texas 77002**

If you file your own brief, don't worry about it being exactly in proper form. The Court knows you are not a lawyer. Just tell the court what you think was wrong with your trial. The court will look at your concerns and let you know if they think you have a good argument.

If the court rejects your arguments, you can still file what's called a Petition for Discretionary Review with the Court of Criminal Appeals in Austin. You will have 30 days from the date of the Court of Appeals decision to do that.

Again, I am sorry I could not be of help. If you have any additional questions, please do not hesitate to contact my office.

Sincerely,

Jerome Godinich Jr.